THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Sherman Woodson and Mary Ann Woodson,       
Appellants,
 
 
 

v.

 
 
 
Steven Todd Golden,       
Respondent.
 
 
 

Appeal From Anderson County
Georgia V. Anderson, Family Court Judge

Unpublished Opinion No. 2004-UP-034
Submitted January 12, 2004 – Filed January 
 20, 2004 

AFFIRMED

 
 
 
J. Franklin McClain, of Anderson and Roxy Rae Beagley, of 
 Clemson, for Appellants.
Cynthia Barrier Castengera, of Newland, J. Mark Taylor, 
 of West Columbia, and Michael E. Easterday, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Sherman Woodson and Mary Ann 
 Woodson appeal from a family court order denying their request for court-ordered 
 visitation with their grandchild.  We affirm 
 [1] pursuant to Rule 220, SCACR, and the following authorities:  
 Troxel v. Granville, 530 U.S. 57 (2000) (stating that a court must presume 
 that a fit parent’s decision is in the child’s best interest; and provided that 
 parent is a fit parent, there will normally be no reason for the State to interfere);  
 Camburn v. Smith, 355 S.C. 574, 586 S.E.2d 565 (2003) (finding that before 
 visitation may be awarded over a parent’s objection the parent must be shown 
 to be unfit by clear and convincing evidence, or there must be evidence of compelling 
 circumstances).
AFFIRMED.
HEARN, C.J., HOWARD and KITTRIDGE, JJ., concur.

 
 [1]   We affirm this case without oral argument pursuant 
 to Rule 215, SCACR.